**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BAN VAN NGUYEN,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-26-349-SLP** |
| ) | |
| **MARKWAYNE MULLIN et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## **ORDER**

On April 30, 2026, Petitioner filed a Motion for Temporary Restraining Order. *See* ECF No. 14. On May 5, 2026, Respondents were ordered to inform the Court whether or not Petitioner has been removed from the United States. *See* Text Only Order dated 05-05-2026. In response, the Court received a Notice (ECF No. 16) with attached Declaration of Deportation Officer Mintz indicating that "On May 5, 2026, Nguyen was removed from the United States via ICE AIR with a final destination of Vietnam." *See* ECF No. 16-1:2. Counsel for Petitioner filed a Response (ECF No. 17) to the Notice informing the Court that Petitioner was not removed stating "Instead, Petitioner was transported to Alaska and then returned to Alexandria, Louisiana." On May 8, 2026, Counsel for the Respondents filed a Notice of Petitioner's Movement and Detention Status (ECF No. 18) informing the Court that "Although Petitioner's previously scheduled removal to Vietnam was interrupted, Petitioner's detention remains lawful as his removal is not only significantly likely in the reasonably foreseeable future, but imminent." *Id* at 2*.*

Petitioner has now filed a second Motion for Temporary Restraining Order. *See* ECF No. 20. Respondents have not specifically responded to either of Petitioner's Motions.

In light of the conflicting information and because Petitioner is no longer appearing on the ICE Online Detainee Locator System the Court again requires information regarding Petitioner's detention and/or deportation.

IT IS THEREFORE ORDERED that the Parties shall again update the Court.

Respondent must submit a response to both of Petitioner's Motions for Temporary Restraining Order (ECF Nos. 14 and 20). If in fact Petitioner was removed from the United States, Respondent shall provide the Court with documents verifying said removal.

If Counsel for Petitioner re-asserts that Petitioner remains in detention in the United States, documents beyond the city and state must be presented to the Court.

Submissions to the Court are due no later than **May 26, 2026.**

ENTERED on May 21, 2026.

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE