# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

BAN VAN NGUYEN,                          )
                                         )
    Petitioner,                        )
                                         )
v.                                       )     Case No. CIV-26-349-SLP
                                         )
MARKWAYNE MULLIN, et al.,                )
                                         )
    Respondents.                       )

## **O R D E R**

Pending before the Court is the Report and Recommendation [Doc. No. 27] (R&R) of United States Magistrate Judge Shon T. Erwin, recommending that the Court dismiss the Petition, [Doc. No. 1], and two Motions for Temporary Restraining Order, [Doc. Nos. 14, 20], as moot.  No objection to the R&R was filed by Petitioner or Respondents.  The Magistrate Judge advised the parties of their right to object to the R&R and directed that any objections be filed on or before June 22, 2026.  R&R [Doc. No. 27] at 6.  The parties were further advised that any failure to object would waive the Parties' right to appellate review of the factual and legal issues addressed in the R&R.  *Id.*  None of the parties have filed an objection, nor has an extension of time in which to object been sought or granted.  Therefore, the Court finds that the parties have waived further review of all issues addressed in the R&R.  *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

The R&R states that Petitioner is no longer in ICE custody and, therefore, this Court can grant no relief to him.  On review of the R&R, the Court fully concurs with the analysis and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation [Doc. No. 27].

IT IS FURTHER ORDERED that Petitioner's Verified Petition for Writ of Habeas Corpus, [Doc. No. 1], and two Motions for Temporary Restraining Order, [Doc. Nos. 14, 20], are DENIED as MOOT, and the matter is DISMISSED WITHOUT PREJUDICE.

A separate judgment shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 25th day of June, 2026.

**SCOTT L. PALK**
**CHIEF UNITED STATES DISTRICT JUDGE**